**Electronically Filed
Supreme Court
SCWC-11-0000367
28-JUN-2013
01:41 PM**

SCWC-11-0000367

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

vs.

PETER DELA CRUZ, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000367; CASE NO. 1P511-00408)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari filed on May 14, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 28, 2013.

James S. Tabe for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

